■ LULL v BREITER.—Wherein it seeks reargument, motion granted and, upon reargument, this court's order entered on February 24, 1987 [127 AD2d 530] is modified insofar as to

extend, by 90 days after the date of this court's order, movant's time in which to appear for such deposition. Concur—Murphy, P. J., Kupferman, Sullivan, Asch and Ellerin, JJ.